ALLACCESS LAW GROUP
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for JAMES STOCKMAN, Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JAMES STOCKMAN,<br><br>                    Plaintiff,<br><br>vs.<br><br>EMU PROPERTIES, LLC , ET AL. ,<br><br>                    Defendants. | Case No. 2:19−cv−01778−MCE−DB<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** . |

1    Plaintiff seeks leave to file a first amended complaint to include additional architectural
2 barriers that he claims preclude access to Defendants' premises in violation of the Americans
3 with Disabilities Act and parallel California law. For the reasons set forth below, Plaintiff's
4 unopposed motion for leave to amend is GRANTED.
5    Generally, a motion to amend is subject to Rule 15(a) of the Federal Rules of Civil
6 Procedure,2 which provides that "[t]he court should freely give leave [to amend] when justice so
7 requires." Fed. R. Civ. P. 15(a)(2). However, "[o]nce the district court ha[s] filed a pretrial
8 scheduling order pursuant to Federal Rule of Civil Procedure 16[,] which establishe[s] a
9 timetable for amending pleadings[,] that rule's standards control[ ]." *Johnson v. Mammoth*
10 *Recreations, Inc.,* 975 F.2d 604, 607-08 (9th Cir. 1992); see *In re W. States Wholesale Natural*
11 *Gas Antitrust Litig.,* 715 F.3d 716, 737 (9th Cir. 2013). Rule 16(b) requires a party seeking leave
12 to amend to demonstrate "good cause." Fed. R. Civ. P. 16(b). "Rule 16(b)'s 'good cause' standard
13 primarily considers the diligence of the party seeking amendment." *Johnson,* 975 F.2d at 609. "If
14 that party was not diligent, the inquiry should end." Id. Although "the focus of the inquiry is
15 upon the moving party's reasons for seeking modification," a court may make its determination
16 by noting the prejudice to other parties. Id.
17    If good cause is found, the court must then evaluate the request to amend in light of Rule
18 15(a)'s liberal standard. Id. at 608. Leave to amend should be granted unless amendment: (1)
19 would cause prejudice to the opposing party, (2) is sought in bad faith, (3) creates undue delay,
20 [*3] (4) or is futile. *Chudacoff v. Univ. Med. Ctr. of S. Nev.,* 649 F.3d 1143, 1153 (9th Cir. 2011)
21 (citing *Foman v. Davis,* 371 U.S. 178, 182, 83 S. Ct. 227, 9 L. Ed. 2d 222 (1962)). "Because
22 Rule 16(b)'s 'good cause' inquiry essentially incorporates the first three factors, if a court finds
23 that good cause exists, it should then deny a motion for leave to amend only if such amendment
24 would be futile." *Baisa v. Indymac Fed. Reserve,* No. 2:09-CV-01464-WBS-JFM, 2010 U.S.
25 Dist. LEXIS 63025, 2010 WL 2348736, at *1 (E.D. Cal. June 7, 2010).
26
27

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED
COMPLAINT
Case No. 2:19−CV−01778−MCE−DB
2

     Given that Plaintiff was not aware of the full extent of the accessibility barriers at the subject premises when he filed this lawsuit, and Plaintiff promptly moved to amend after discovering these barriers, good cause exists. Furthermore, in light of the fact this case is still in its early stages, Defendants are not unduly prejudiced by the amendment.  Significantly, too, Defendants have filed no opposition to Plaintiff's Motion.

     Given all the foregoing, Plaintiff's Motion to Amend (ECF No. 13) is GRANTED. Plaintiff shall file his First Amended Complaint as a separate docket entry within ten (10) days of date this Order is electronically filed.

**IT IS SO ORDERED.**

**Dated:  June 16, 2020**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT
Case No. 2:19−CV−01778−MCE−DB