1  **ALLACCESS LAW GROUP**
   Irene Karbelashvili, SBN 232223
2  irene@allaccesslawgroup.com
   Irakli Karbelashvili, SBN 302971
3  irakli@allaccesslawgroup.com
   1400 Coleman Ave Ste F28
4  Santa Clara, CA 95050
   Telephone:    (408) 295-0137
5  Facsimile:    (408) 295-0142

6  Attorneys for JAMES STOCKMAN, Plaintiff

7  **SPINELLI, DONALD & NOTT**
   A Professional Corporation
   J. SCOTT DONALD, SBN: 158338
   601 University Avenue, Suite 225
   Sacramento, CA 95825
   Telephone: (916) 448-7888
   Facsimile: (916) 448-6888

   Attorneys for Defendant
   MICHAEL G. ADELBEG, M.D.
   A PROFESSIONAL CORPORATION dba
   ADELBERG ASSOCIATES MEDICAL GROUP

8

9  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   RICHARD A. SULLIVAN, SB# 201544
10 SHANE SINGH, SB# 202733
   2020 West El Camino Avenue, Suite 700
11 Sacramento, California 95833
   Telephone: 916.564.5400
12 Facsimile: 916.564.5444

13 Attorneys for Defendant, EMU PROPERTIES, LLC

14

15

16              UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

17

18 JAMES STOCKMAN

19        Plaintiff,

20        v.

21 EMU PROPERTIES LLC, a California limited liability company; MICHAEL G. ADELBERG, M.D., A PROFESSIONAL CORPORATION dba ADELBERG ASSOCIATES MEDICAL GROUP; and DOES 1-10, inclusive,

          Defendants.

Case No. 2:19-cv-01778-MCE-DB
Civil Rights

**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE.**

Action Filed: September 6, 2019

STIPULATION AND ORDER OF DISMISSAL

Plaintiff JAMES STOCKMAN ("Plaintiff and Defendants EMU PROPERTIES LLC and MICHAEL G. ADELBERG, M.D. ("Defendants") stipulate pursuant to Fed. R. Civ. P. 41(a)(2), and request that this action be dismissed in its entirety with prejudice with each side bearing its own attorney's fees, litigation expenses, and costs. The parties also request that the Court retain jurisdiction over the consent decree in accordance with its terms.

Dated:  March 1, 2021            ALLACCESS LAW GROUP
                                 _____/s/_____
                                 By:  Irene Karbelashvili.
                                 Attorneys for Plaintiff
                                 JAMES STOCKMAN

Dated:  March 1, 2021            LEWIS BRISBOIS BISGAARD & SMITH LLP
                                 _____/s/_____
                                 By:  RICHARD SULLIVAN
                                 Attorneys for Defendant
                                 EMU PROPERTIES, LLC

Dated:  March 1, 2021            SPINELLI, DONALD & NOTT
                                 _____/s/_____
                                 By:  J. SCOTT DONALD
                                 Attorneys for Defendant
                                 MICHAEL G. ADELBERG, M.D., A
                                 PROFESSIONAL CORPORATION dba
                                 ADELBERG ASSOCIATES MEDICAL GROUP

### ORDER

In accordance with the foregoing stipulation of the parties, and good cause appearing, this action is hereby **DISMISSED** in its entirety, with prejudice, and with each side bearing its own attorney's fees, costs, and litigation expenses. The Court retains jurisdiction over the consent decree. The matter having now been concluded, the Clerk of Court is **DIRECTED** to close the case.

**IT IS SO ORDERED**.

Dated:  March 11, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE